IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HARI, JOE MORRIS,<br>MICHAEL McWHORTER, and<br>ELLIS "EJ" MACK,<br><br>Defendants. | Case No. 18-CR-200 14<br><br>Title 18, United States Code,<br>Sections 922(o) and 924(a)(2). |

INDICTMENT

COUNT 1
(Unlawful Possession of a Machinegun)

THE GRAND JURY CHARGES:

In or around October of 2017, up to and including February 27, 2018, in Ford County, in the Central District of Illinois, and elsewhere,

MICHAEL HARI, JOE MORRIS,
MICHAEL McWHORTER, and ELLIS "EJ" MACK,

defendants herein, knowingly possessed a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Gregory Harris

JOHN E. CHILDRESS
United States Attorney

ELM